# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | |
| JESSE GOLDEN | CRIMINAL ACTION |
| *Defendant.* | NO. 19-0545 |

## ORDER

**AND NOW**, this 2nd day of June 2020, upon consideration of Jesse Golden's Pretrial Motion (ECF No. 29), and the Government's Response (ECF No. 30), and after hearing oral argument on the matter (ECF No. 38), it is hereby **ORDERED** that:

1. The Motion to Suppress Evidence is **DENIED**; and
2. Golden's remaining requests in the Motion are **DENIED** without prejudice as moot.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.