# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JESSE GOLDEN | CRIMINAL ACTION<br>NO. 19-00545 |

## ORDER

**AND NOW**, this 6th day of January 2021, upon consideration of Defendant's Motion for Pretrial Release (ECF No. 62) and Supplemental Motion (ECF No. 64), the Government's Response (ECF No. 66) and Defendant and the Government's Memoranda responding to the Court's Order for additional briefing (ECF Nos. 67–69), it is hereby **ORDERED** that Defendant's Motion is **DENIED** for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.