# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JESSE GOLDEN | CRIMINAL ACTION<br>NO. 19-00545 |

## ORDER

**AND NOW**, this 18th day of March 2021, upon consideration of Defendant's Motion *in Limine* to preclude video evidence (ECF 81), the Government's Response (ECF 83) and oral argument (ECF 85), it is hereby **ORDERED** that the Motion is **DENIED** for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.