IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JESSE GOLDEN | CRIMINAL ACTION<br>NO. 19-00545 |

### **ORDER**

**AND NOW**, this 30th day of August 2021, upon consideration of Defendant's Rule 33 Motion for New Trial (ECF 115) and the Government's Response (ECF 116), it is hereby **ORDERED** that the Motion is **DENIED** for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

1